391 A.2d 711

Passon, Appellant, v. Spritzer et al.

Argued June 20, 1977.   Morris Passon, appellant, *in propria persona;* Bernard J. Smolens, with him Schnader, Harrison, Segal & Lewis, for appellees.

Orders affirmed;  petition for reargument denied August 14, 1978.

WATKINS, former P. J., did not participate in the consideration of decision of this case.

391 A.2d 711

Patterson, Appellant, et al. v. Patterson.

Argued June 15, 1977.   Miles Warner, with him Warner & Huntington, for appellant;   No appearance entered nor brief submitted for appellee.

Order affirmed.

HOFFMAN, J., dissented.

WATKINS, former P. J., did not participate in the consideration or decision of this case.